Filed 7/27/23  P. v. Rodriguez CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C097426 |
| Plaintiff and Respondent, | (Super. Ct. Nos. 20FE014077, 21FE015859 ) |
| v. | |
| ARTURO L. RODRIGUEZ, | |
| Defendant and Appellant. | |

On September 2, 2020, defendant Arturo L. Rodriguez stabbed his girlfriend multiple times with a chef's knife in her stomach and torso.  While in custody for that offense, defendant assaulted another person with force likely to cause great bodily injury or death.

On July 22, 2022, defendant resolved the two cases pending against him by plea: In Sacramento County Superior Court case No. 20FE014077 (the attempted murder case), defendant pled no contest to attempted murder and admitted that he inflicted great bodily injury, and in Sacramento County Superior Court case No. 21FE015859 (the

1

assault case) defendant pled no contest to assault by means of force likely to cause great bodily injury. Defendant agreed to a sentence of eight years (the low term of five years plus three years for the great bodily injury allegation) in the attempted murder case and one year consecutive in the assault case. In exchange, the remaining counts in these cases would be dismissed. The parties stipulated to the factual basis for the plea.

On October 27, 2022, the trial court sentenced defendant in accordance with the plea to an aggregate term of nine years in prison. The remaining counts were dismissed. The court granted 469 days presentence custody credits; however, the minute order reflects 734 actual days plus 110 conduct credits, for a total of 844 days. While this appeal was pending, on May 4, 2023, the trial court entered an order correcting defendant's presentence custody credits and issued an amended abstract of judgment correcting the custody credits to 785 actual days and 117 conduct credits, for a total of 902 days.

Defendant timely appealed and did not obtain a certificate of probable cause.

DISCUSSION

Appointed counsel filed an opening brief that sets forth the facts and procedural history of the case and requests this court review the record and determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant was advised by counsel of his right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days have elapsed, and defendant has not filed a supplemental brief.

Having undertaken an examination of the entire record pursuant to *Wende*, we find no arguable errors that are favorable to defendant. Accordingly, we affirm the judgment.

2

DISPOSITION

The judgment is affirmed.

/s/
ROBIE, Acting P. J.

We concur:

/s/
MAURO, J.

/s/
BOULWARE EURIE, J.

3